AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Nikki Secondino <br> *Plaintiff(s)* <br> v. <br> City of New York, et al. <br> *Defendant(s)* | Civil Action No. 1:24-cv-05499-AKH |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  See attached rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Sivin, Miller & Roche LLP
20 Vesey St.
Suite 1400
New York, NY 10007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____
*Signature of Clerk or Deputy Clerk*

## Rider for Proposed Summons in a Civil Action

- The City Of New York: 100 Church St., New York, NY 10007
- C.O. Gayle: c/o Rose M. Singer Center (RMSC), 19-19 Hazen Street, East Elmhurst, NY 1137
- C.O. Stroud: c/o Rose M. Singer Center (RMSC), 19-19 Hazen Street, East Elmhurst, NY 1137
- C.O. Martinez: c/o Rose M. Singer Center (RMSC), 19-19 Hazen Street, East Elmhurst, NY 1137
- C.O. Pena: c/o Rose M. Singer Center (RMSC), 19-19 Hazen Street, East Elmhurst, NY 1137
- C.O. Will: c/o Rose M. Singer Center (RMSC), 19-19 Hazen Street, East Elmhurst, NY 1137
- C.O. Roger: c/o Rose M. Singer Center (RMSC), 19-19 Hazen Street, East Elmhurst, NY 1137
- C.O. Mateo: c/o Rose M. Singer Center (RMSC), 19-19 Hazen Street, East Elmhurst, NY 1137
- C.O. Scott: c/o Rose M. Singer Center (RMSC), 19-19 Hazen Street, East Elmhurst, NY 1137
- C.O. Heredia: c/o Rose M. Singer Center (RMSC), 19-19 Hazen Street, East Elmhurst, NY 1137
- C.O. Richards: c/o Rose M. Singer Center (RMSC), 19-19 Hazen Street, East Elmhurst, NY 1137
- C.O. Encampo: c/o Rose M. Singer Center (RMSC), 19-19 Hazen Street, East Elmhurst, NY 1137
- Capt. Agares c/o Rose M. Singer Center (RMSC), 19-19 Hazen Street, East Elmhurst, NY 1137
- Capt. Williams: c/o Rose M. Singer Center (RMSC), 19-19 Hazen Street, East Elmhurst, NY 1137
- Capt. Hamilton: c/o Rose M. Singer Center (RMSC), 19-19 Hazen Street, East Elmhurst, NY 1137
- C.O.s John/Jane Doe #1-12: c/o Rose M. Singer Center (RMSC), 19-19 Hazen Street, East Elmhurst, NY 1137