UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
NIKKI SECONDINO,                                :
                                                :
                  Plaintiff,   :   **SCHEDULING ORDER**
                                                :
    -against-                             :   24 Civ. 5499 (AKH)
                                                :
THE CITY OF NEW YORK, C.O. GAYLE, C.O.          :
STROUD, C.O. MARTINEZ, C.O. PENA, C.O.          :
WILL, C.O. ROGER, C.O. MATEO, C.O.              :
SCOTT, C.O. HEREDIA, C.O. RICHARDS, C.O.        :
ENCAMPO, CAPT. AGARES, CAPT.                    :
WILLIAMS, CAPT. HAMILTION and                   :
C.O.s JOHN/JANE DOE #1-12,                      :
                                                :
                  Defendants.   :
                                                :
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The parties are hereby ordered to appear for a status conference on November 15, 2024, at 10:00 a.m., which will be held via the following call-in number:

       **Call-in number: 646-453-4442**

       **Access code: 400 847 450#**

       To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call in **10 minutes** prior to the start of the conference.

       Finally, no later than November 12, 2024, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list

of all counsel expected to appear on the record, along with their contact information.

       SO ORDERED.

Dated:     September 26, 2024
              New York, New York

                                             ALVIN K. HELLERSTEIN
                                             United States District Judge