# SIVIN, MILLER & ROCHE LLP

Attorneys at Law
20 Vesey Street
Suite 1400
New York, New York 10007

**Glenn D. Miller**                                                        **Phone:  (212) 349-0300**
**Edward Sivin***                                                          **Fax:      (212) 406-9462**
**David Roche**
**Lissa Green-Stark**
*also member of NJ Bar

March 13, 2026

**<u>VIA ECF & FAX:</u>**

The Honorable Alvin K. Hellerstein
United States District Judge
500 Pearl Street
New York, NY 10007
Fax: (212) 805-7942

> Discovery deadline is extended as requested. The status conference previously scheduled for April 17, 2026 is adjourned to September 18, 2026 at 10:00 am. Call-in information will be made available in advance.
> SO ORDERED.
> <u>/s/ Alvin K. Hellerstein</u>, U.S.D.J.
> 3/16/2026

Re:      *Secondino v. The City of New York, et al.*, 24-cv-05499-AKH

Your Honor:

I represent the plaintiff in the above-referenced civil rights action.  I write jointly with all counsel to request an extension of time to complete discovery, from the current deadline of March 31, 2026 to August 31, 2026, as well as for a concurrent adjournment of the April 17, 2026 case management conference to a date and time convenient to the Court after the requested close of discovery deadline.

We make this request for the reasons that follow.  First, since the discovery schedule was set, the attorney who was primarily handling representation of plaintiff for this matter has departed from Sivin, Miller & Roche, and I have only recently taken over representation for the firm. Further, this matter involves seven incidents, fifteen named defendants, one of whom is, and one of whom soon will be, represented by union counsel, with the remaining represented by counsel from the City of New York, and several as of yet unnamed defendant and/or witnesse officers. Given the number of incidents and large number of expected depositions, it is anticipated that it will take some time for the undersigned to fully familiarize myself with the matter, and a significant amount of time for the parties to schedule depositions around the schedules of the officers and three attorneys, and to complete said depositions.  For these reasons, the parties respectfully request that the Court grant the relief requested herein.

2

This is the first request to extend discovery and to adjourn the case management conference.

Thank you for your consideration.

Very truly yours,
SIVIN, MILLER & ROCHE LLP

Lissa Green-Stark

cc:    All Counsel (via ECF)