UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIKKI SECONDINO,

Plaintiff,

-v-

CITY OF NEW YORK, et al.,

Defendants.

CIVIL ACTION NO. 24 Civ. 5499 (AKH) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred to the undersigned for settlement. (ECF No. 90). Accordingly, a Telephone Conference to schedule a Settlement Conference is scheduled for **August 19, 2026, at 3:00 p.m. ET** on the Court's conference line. The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time. The parties shall be prepared to discuss their availability, and that of their clients, for a Settlement Conference, as well as their preferred format for the Settlement Conference (in-person, by telephone, or by videoconference hosted either by the Court on Webex or by the parties on an alternative platform).

Dated: New York, New York
August 14, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**