THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**JEFFREY NOLL**
Assistant Corporation Counsel
Tel.: (212) 356-2617
jnoll@law.nyc gov

September 2, 2026

**VIA EMAIL**
Honorable Sarah L. Cave
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1670
New York, NY 10007

**MEMO ENDORSED**

Re: *Nikki Secondino v. City of New York, et al.,* 24-CV-5499 (AKH)(SLC)

Your Honor,

I am an Assistant Corporation Counsel in the office of Steven Banks, Corporation Counsel for the City of New York, representing City of New York, Shanna-Kay Brown, Latisha Harrell, Eryka Rogers, Shannon Gayle, Roslyn Stroud, Latasha Heredia-Flores, Shatrona Scott, Toni Agurs, Monique Williams, and Adrina Pena ("Defendants") in the above-referenced matter. Defendants respectfully request an adjournment of the settlement conference scheduled for September 21, 2026. This is the first request for an adjournment of the settlement conference. Counsel for Plaintiff and co-defendant consent to this request.

As an initial matter, pursuant to the Court's Order on August 19, 2026, Plaintiff has conveyed their demand on August 28, 2026. Defendants responded to Plaintiff's demand on September 2, 2025.

The reason for the instant request is that the undersigned counsel will be leaving the Law Department on September 15, 2026. This matter will now have to be reassigned to a new attorney, and Defendants respectfully request a 30-day adjournment to allow incoming counsel sufficient time to review the file and get up to speed.

Thank you for your consideration of this matter.

Respectfully submitted,

/s/ *Jeffrey Noll*

Jeffrey Noll, Esq.
*Assistant Corporation Counsel*

Special Federal Litigation Division

cc: **VIA ECF**
*all attorneys of record*

The City Defendants' request at Dkt. No. 94 is **GRANTED IN PART** and **DENIED IN PART**.

The settlement conference scheduled for September 21, 2026 at 2:00 p.m. ET is **CANCELLED**. (Dkt. No. 93).

By **October 2, 2026**, the parties shall file a joint letter identifying the Assistant Corporation Counsel replacing Mr. Noll and providing the parties' availability for a settlement conference in both October and November 2026.

The Clerk of Court is respectfully directed to close Dkt. No. 94.

SO ORDERED. September 3, 2026

Sarah L. Cave

SARAH L. CAVE
United States Magistrate Judge