**So Ordered.**
**Conference is adjourned and rescheduled to December 11, 2026 at 10am.**

**/s/ Alvin K. Hellerstein**
**U.S.D.J.**
**October 22, 2026**

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**GREGORY J.O. ACCARINO**
*Senior Counsel*
Phone: (212) 356-1945
Fax: (212) 356-3509
Email: gaccari@law.nyc.gov

October 22, 2026

**BY ECF**
Honorable Alvin K. Hellerstein
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Nikki Secondino v. City of New York, et al.,
24 Civ. 5499 (AKH)

Your Honor:

I am a Senior Counsel in the Office of the Steven Banks, Corporation Counsel of the City of New York, and attorney for defendants City of New York, Shanna-Kay Brown, Latisha Harrell, Eryka Rogers, Shannon Gayle, Roslyn Stroud, Latasha Heredia-Flores, Shatrona Scott, Toni Agurs, Monique Williams, and Adrina Pena in the above-referenced matter.

The parties write jointly to respectfully request that the Court adjourn the October 30, 2026 case management conference until a date after the November 20, 2026 settlement conference. The parties previously requested an adjournment of the case management conference, before the November 20, 2026 settlement conference was scheduled, which was granted by the Court. *See* Dkt. No. 91 Order, August 13, 2026. This adjournment request does not affect any other Court deadlines. The parties respectfully note that they will be unavailable for a case management conference on November 27, 2026 and December 4, 2026.

On August 11, 2026, the parties jointly requested (1) a referral to a Magistrate Judge to conduct a settlement conference; (2) a sixty day extension of time to complete fact discovery following the completion of the settlement process; and (3) an adjournment of the case management conference on September 18, 2026. *See* Dkt. No. 89, Joint Letter Motion, August 11, 2026. On August 13, 2026, the Court granted the August 11, 2026 request, rescheduling the case management conference to October 30, 2026, and referred this matter to Magistrate Judge Sarah L. Cave for a settlement conference. *See* Dkt. No. 91 Order, August 13, 2026. The parties then scheduled a settlement conference with Magistrate Judge Cave for September 21, 2026. *See* Dkt. No. 93, Settlement Conference Scheduling Order, August 19, 2026.

After that settlement conference was scheduled, on September 2, 2026, the prior counsel from my office, Jeffrey Noll, Jr., requested the settlement conference be adjourned because he would be leaving my office and another attorney would be assigned to this matter. *See* Dkt. No. 94, Letter Motion, September 2, 2026. On September 3, 2026, Magistrate Judge Cave cancelled the September 21, 2026 conference and instructed the parties to provide their availability for a settlement conference by October 2, 2026. *See* Dkt. No. 95, Order, September 3, 2026. On October 2, 2026, the undersigned was assigned to this matter and the parties submitted a status report with their availability for a settlement conference. *See* Dkt. No. 96, Status Report, October 2, 2026. On October 5, 2026, Magistrate Judge Cave scheduled the settlement conference in this matter for November 20, 2026, which is now after the October 30, 2026 case management conference before Your Honor. *See* Dkt. No. 99, Settlement Conference Scheduling Order, October 5, 2026.

In order to allow the parties sufficient time to explore settlement at the November 20, 2026 settlement conference before conducting a case management conference, the parties respectfully request that the Court adjourn the October 30, 2026 case management conference until a date after the November 20, 2026 settlement conference.

Accordingly, the parties respectfully request that the Court adjourn the October 30, 2026 case management conference until a date after the November 20, 2026 settlement conference.

The parties that the Court for its consideration herein.

Respectfully submitted,

/s/ Gregory J.O. Accarino
Gregory J.O. Accarino
*Senior Counsel*

cc: All Counsel of Record (via ECF)