UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIKKI SECONDINO,

Plaintiff,

-v-

CITY OF NEW YORK, et al.,

Defendants.

CIVIL ACTION NO. 24 Civ. 5499 (AKH) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On November 20, 2026 at 10:00 a.m. ET, a settlement conference is scheduled to take place in this action on the Teams platform. (Dkt. No. 99 (the "Settlement Conference")). On November 9, 2026, the Court received, via email, a letter from Defendants CO Mateo and CO Encampo (together, the "Officers"), asking to be excused from personally participating in the Settlement Conference (the "Request"). Plaintiff and the City Defendants consent.

The Request is **GRANTED**. Only the Officers' counsel is required to attend the Settlement Conference and must ensure that the Officers are available by telephone during the entirety of the Settlement Conference.

Dated: New York, New York
November 9, 2026

SO ORDERED.

SARAH L. CAVE
United States Magistrate Judge